No. 523, Misc.  LUCKMAN v. CALIFORNIA ET AL.;
No. 546, Misc.  STANTON v. RANDOLPH, WARDEN;
No. 601, Misc.  HILL v. BETO, CORRECTIONS DIRECTOR;
No. 602, Misc.  HALL v. BETO, CORRECTIONS DIRECTOR;
and
No. 605, Misc.  WALKER v. PATE, WARDEN.  Motions for leave to file petitions for writs of habeas corpus denied.

No. 598, Misc.  WALTZ v. PETERSON ET AL.  Motion for leave to file petition for writ of habeas corpus and for other relief denied.

No. 41, Misc.  HOWARD v. NEBRASKA.  Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.  Petitioner *pro se.*  *Clarence A. H. Meyer,* Attorney General of Nebraska, and *C. C. Sheldon,* Assistant Attorney General, for respondent.

No. 255, Misc.  CARRILLO v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO.  Motion for leave to file petition for writ of mandamus and for other relief denied.  Petitioner *pro se.*  *Solicitor General Cox* for respondent.

No. 201.  WILLIS SHAW FROZEN EXPRESS, INC., v. UNITED STATES ET AL.  Appeal from the United States District Court for the Western District of Arkansas. Probable jurisdiction noted.  *John H. Joyce, A. Alvis Layne* and *Lester M. Bridgeman* for appellant.  *Solicitor General Cox, Assistant Attorney General Orrick, Lionel Kestenbaum, Elliott H. Moyer, Robert W. Ginnane* and *Fritz R. Kahn* for the United States and the Interstate Commerce Commission.